992

No. 1075. STICKLER v. TEHAN, SHERIFF. C. A. 6th Cir. Certiorari denied. *Bernard A. Berkman, Larry S. Gordon* and *Joshua J. Kancelbaum* for petitioner. *Melvin G. Rueger* and *Fred J. Cartolano* for respondent.

No. 1076. SINE ET UX. v. HELLAND, DIRECTOR OF HIGHWAYS, ET AL. Sup. Ct. Utah. Certiorari denied.

No. 1078. BORDEN CO. v. FREEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 3d Cir. Certiorari denied. *Earl E. Pollock* and *William P. Reiss* for petitioner. *Solicitor General Marshall, Assistant Attorney General Sanders* and *Alan S. Rosenthal* for respondents Freeman et al., and *H. Edward Dunkelberger, Jr., Edward J. Grenier, Jr.,* and *Grover C. Richman, Jr.,* for Campbell Soup Co., intervenor below.

No. 1082. HINDES ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Reuben R. Lozano* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for the United States.

No. 1084. COLUMBIA BANK FOR COOPERATIVES v. LEE, TRUSTEE IN BANKRUPTCY. C. A. 4th Cir. Certiorari denied. *Edwin P. Gardner* for petitioner. *James M. Baley, Jr.,* for respondent.

No. 1086. JORDAN v. COLORADO. Sup. Ct. Colo. Certiorari denied. *Carl Feldhamer* and *Walter L. Gerash* for petitioner.